No. 84–84. CRANE, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE GOODS, CHATTELS, AND CREDITS OF CRANE *v.* CONSOLI-

DATED RAIL CORPORATION.   C. A. 2d Cir.   Certiorari denied.